Jennifer L. Braster, NV Bar No. 9982
Meredith L. Markwell, NV Bar No. 9203
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jbraster@nblawnv.com
mmarkwell@nblawnv.com

*Attorneys for Spring Mountain Las Vegas, Limited Liability Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPRING MOUNTAIN LAS VEGAS LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CASE NO.:  2:22-cv-00625-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY TO FACTORY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

Plaintiff Spring Mountain Las Vegas Limited Liability Company ("Spring Mountain") and Defendant Factory Mutual Insurance Company ("FM"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Spring Mountain to file its response to FM's Motion for Summary Judgment (ECF No. 21) and the time for FM to file its reply in support of its Motion for Summary Judgment (ECF No. 21) pursuant to LR IA 6-1.

On February 22, 2023, FM filed its Motion for Summary Judgment (ECF No. 21). Spring Mountain's response to FM's Motion for Summary Judgment is due on March 15, 2023. FM's reply in support of its Motion for Summary Judgment is due on March 29, 2023.

Spring Mountain and FM stipulate and agree that the parties shall have reciprocal extensions on remaining briefing. Specifically, Spring Mountain's response to FM's Motion for

62017781.1

Summary Judgment (ECF No. 21) shall be due by March 27, 2023, and FM's reply in support of its Motion for Summary Judgment (ECF No. 21) shall be due on April 24, 2023. This is the parties' first request for an extension of time to respond to the motion for summary judgment and is not intended to cause any delay or prejudice to any party. This request is sought as Spring Mountain's counsel had a previously scheduled family matter out of the office.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 15, 2023 | DATED: March 15, 2023 |
| NAYLOR & BRASTER | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| By: */s/ Meredith L. Markwell* <br> Jennifer L. Braster, NV Bar No. 9982 <br> Meredith L. Markwell, NV Bar No. 9203 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 | By: */s/ Christina M. Lincoln* <br> Howard J. Russell, Esq., NV Bar No. 8879 <br> Ryan T. Gormley, Esq., NV Bar No. 13494 <br> 6385 South Rainbow Blvd., Suite 400 <br> Las Vegas, Nevada 89118 |
| *Attorneys for Spring Mountain Las Vegas, Limited Liability Company.* | Amy M. Churan (Admitted pro hac vice) <br> Christina M. Lincoln (Admitted pro hac vice) <br> ROBINS KAPLAN LLP <br> 2049 Century Park East, Suite 3400 <br> Los Angeles, CA 90067-3208 <br><br> Attorneys for Defendant <br> Factory Mutual Insurance Company <br><br> *Attorneys for Factory Mutual Insurance Company* |

**ORDER**

IT IS SO ORDERED.

Dated: _____, _____

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 17th day of March, 2023.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

62017781.1

2