Jennifer L. Braster, NV Bar No. 9982
Meredith L. Markwell, NV Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(t) (702) 420-7000
(f) (702) 420-7001
jbraster@nblawnv.com
mmarkwell@nblawnv.com

*Attorneys for Spring Mountain Las Vegas,
Limited Liability Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPRING MOUNTAIN LAS VEGAS LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:22-cv-00625-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO FACTORY MUTUAL INSURANCE COMPANY'S MOTION TO COMPEL**<br><br>**[First Request]** |

Plaintiff Spring Mountain Las Vegas Limited Liability Company ("Spring Mountain") and Defendant Factory Mutual Insurance Company ("FM"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Spring Mountain to file its response to FM's Motion to Compel (ECF No. 40) pursuant to LR IA 6-1.

On April 5, 2024, FM filed its Motion to Compel (ECF No. 40). Spring Mountain's response to FM's Motion to Compel is due on April 19, 2024. The parties currently have a mediation scheduled for April 18, 2024, and to the extent the mediation is successful, it will negate the need to file a response to the Motion to Compel.

Spring Mountain and FM stipulate and agree that Spring Mountain shall have until April 26, 2024, to file its response to the Motion to Compel. This is the parties' first request for an

62017781.1

extension of time to respond to the Motion to Compel and is not intended to cause any delay or prejudice to any party. This request is sought in light of the pending mediation.

   **IT IS SO STIPULATED.**

Dated:  April 17, 2024

NAYLOR & BRASTER

By:   */s/ Jennifer L. Braster*
 Jennifer L. Braster, NV Bar No. 9982
 Meredith L. Markwell, NV Bar No. 9203
 10100 W. Charleston Blvd., Suite 120
 Las Vegas, NV 89135

*Attorneys for Spring Mountain Las Vegas, Limited Liability Company.*

DATED:  April 17, 2024

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: */s/ Jessica M. Pettit*
 Ryan T. Gormley, Esq., NV Bar No. 13494
 6385 South Rainbow Blvd., Suite 400
 Las Vegas, Nevada 89118

 Amy M. Churan (admitted pro hac vice)
 Christina M. Lincoln (admitted pro hac vice)
 Laura Lee (admitted pro hac vice)
 Jessica M. Pettit (admitted pro hac vice)
 ROBINS KAPLAN LLP
 2121 Avenue of the Stars, Suite 2800
 Los Angeles, CA 90067

 Attorneys for Defendant
 Factory Mutual Insurance Company

*Attorneys for Factory Mutual Insurance Company*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated: 4/18/2024

_____
UNITED STATES MAGISTRATE JUDGE

62017781.1