Jennifer L. Braster, NV Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(t) (702) 420-7000
(f) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Spring Mountain Las Vegas,
Limited Liability Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SPRING MOUNTAIN LAS VEGAS LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CASE NO.:  2:22-cv-00625-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel, hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

///

///

///

///

///

///

///

///

///

1  The parties shall bear their own attorneys' fees and costs incurred in this action.

2  Dated: September 30, 2024.

| _/s/ Christina M. Lincoln_ | _/s/ Jennifer L. Braster_ |
|---|---|
| Amy M. Churan (Admitted pro hac vice) | Jennifer L. Braster, NV Bar No. 9982 |
| Christina M. Lincoln (Admitted pro hac vice) | NAYLOR & BRASTER |
| Laura Lee (Admitted pro hac vice) | 10100 W. Charleston Blvd., Suite 120 |
| ROBINS KAPLAN LLP | Las Vegas, NV 89135 |
| 2049 Century Park East, Suite 3400 | |
| Los Angeles, CA 90067-3208 | *Attorneys for Spring Mountain Las Vegas, Limited Liability Company* |
| Ryan T. Gormley, NV Bar No. 13494 | |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | |
| 6385 S. Rainbow Blvd., Suite 400 | |
| Las Vegas, NV 89118 | |

IT IS SO ORDERED.

**DATED**: October 1, 2024

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**